

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00009-CV

**DAVE & BUSTER'S INC.**,
Appellant

v.

Sammy **SHALABI**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 388436
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We tax costs of court against the party that incurred them. *See* TEX. R. APP. P. 43.4. Each party shall bear their own attorney's fees.

SIGNED January 29, 2014.

_____
Patricia O. Alvarez, Justice